United States Courts
Southern District of Texas
FILED
September 16, 2026
Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. H-26-204-S** |
| | § | |
| **SUMIT KUMAR SINGH** | § | |

**SUPERSEDING CRIMINAL INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE**
(Conspiracy 18 U.S.C. § 371)

**A. INTRODUCTION**

At all times material to this Superseding Criminal Information:

1. Defendant **SUMIT KUMAR SINGH ("SINGH")** was an inmate at a federal prison in the Northern District of Texas serving a prison sentence for his role in a mail fraud scheme that targeted elderly victims by tricking victims into mailing money to fraudsters using various untrue ruse stories.

2. Co-conspirator "OO" was a resident of Edinburg, Texas within the Southern District of Texas who maintained a business bank account (WF7312) and a personal bank account (WF9977) at Wells Fargo bank.

3. It is a federal crime for inmates to possess cell phones in federal prisons.

4. While incarcerated in federal prison, **SINGH** acquired a cell phone and used the cell phone from inside prison to engage in a mail fraud and money laundering

conspiracy with co-conspirators outside prison, including co-conspirator OO located in the Southern District of Texas.

5. **SINGH** and co-conspirators outside prison committed a fraud scheme targeting primarily elderly victims throughout the United States. The fraud scheme used various untrue ruses to trick and deceive victims into believing they were talking to either PayPal or a federal government agent, and that the victims needed to mail money that would later be returned to them after (a) receiving a new identification card (somehow connected to Attorney General Pam Bondi); or (b) removing the victim from a government list connected to drug cartels and "cleaning" the victim's money; or (c) protecting the victim's money so hackers could not steal it.

6. The scheme generally worked by the fraudsters making contact with the victim by text or phone. Once a victim responded, they were instructed to mail checks to a designated address in the Southern District of Texas that in reality was the address of **SINGH'S** co-conspirator OO who, for a fee, cashed the victims' checks and then distributed the remaining funds to other co-conspirators.

**B. <u>THE CONSPIRACY</u>**

7. From at least in or around July 2025 through in or around August 2025, in the Southern District of Texas and elsewhere,

**SUMIT KUMAR SINGH**

the defendant, and others known and unknown, did knowingly combine, conspire, confederate, and agree with others known and unknown, to commit mail fraud, in violation of Title 18, United States Code, Section 1341.

8. It was a part and object of the conspiracy that defendants, and others known and unknown, did knowingly and willfully devise, and intend to devise, a scheme to defraud and for obtaining money and property by means of material false and fraudulent pretenses, representations, and promises, and for the purpose of executing such scheme, did cause mail to be delivered by private and commercial interstate carriers, in violation of Title 18, United States Code, Section 1341.

## C. MANNER AND MEANS OF THE CONSPIRACY

9. The defendants sought to accomplish the purpose of the conspiracy by, among other things, the following manner and means, among other things:

a. Deceiving victims with various untrue ruse stories into believing they needed to mail money to the fraudsters that would later be sent back to the victims.

## D. ACTS IN FURTHERANCE OF THE CONSPIRACY

1) On or about July 17, 2025, a 93-year-old victim in North Dakota whose initials are IO mailed a personal check by United States mail for $45,000 to co-conspirator OO in Edinburg, Texas after speaking to “Mark,” who told the victim something about Attorney General Pam Bondi, obtaining a new identification card, and that IO would receive her funds back.

2) On or about August 4, 2025, **SINGH** texted a photo of IO's check to a co-conspirator whose contact name in **SINGH's** phone was "David."

3) On or about August 5, 2025, **SINGH** texted a co-conspirator the Cash App information for a co-conspirator whose $Cashtag name included the name "Rick."

4) On or about August 6, 2025, co-conspirator OO deposited victim IO's check into his WF7312 account at a Wells Fargo branch in Edinburg, Texas.

5) On or about August 6, 2025, **SINGH** texted a photo of the receipt for the deposit of victim IO's check into OO's WF7312 account in Edinburg, Texas to a co-conspirator named "Neeraj" with an Indian phone number.

In violation of Title 18, United States Code, Section 371.

**NOTICE OF FORFEITURE**
(18 U.S.C. § 982(a)(2))

Pursuant to Title 18, United States Code, Section 982(a)(2), the United States gives notice to the defendant,

**SUMIT KUMAR SINGH**

that in the event of conviction of the offense charged in Count 1 of this Superseding Criminal Information, the United States intends to seek forfeiture of all property constituting or derived from proceeds obtained, directly or indirectly, as the result of such offenses.

AARON F. REITZ
United States Attorney

By: *Belinda Beek*

Belinda Beek
Assistant United States Attorney